Liza M. Walsh
Eleonore Ofosu-Antwi
WALSH PIZZI O'REILLY FALANGA LLP
One Riverfront Plaza
1037 Raymond Boulevard, Suite 600
Newark, NJ 07102
(973) 757-11100

*Attorneys for Plaintiffs*
*Gilead Sciences, Inc. and Emory University*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GILEAD SCIENCES, INC. and EMORY UNIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>AMNEAL PHARMACEUTICALS, LLC,<br><br>Defendants. | Civil Action No.: 3:17-cv-02335 (MAS-DEA)<br><br>**NOTICE OF DISMISSAL**<br><br>*Electronically Filed* |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Gilead Sciences, Inc. ("Gilead") and Emory University ("Emory") (collectively, "Plaintiffs") through its undersigned counsel, hereby gives notice of dismissal of this action without prejudice.

WALSH PIZZI O'REILLY FALANGA LLP

*s/Liza M. Walsh*
Liza M. Walsh
Eleonore Ofosu-Antwi
WALSH PIZZI O'REILLY FALANGA LLP
One Riverfront Plaza
1037 Raymond Boulevard, Suite 600
Newark, NJ 07102

*Attorneys for Plaintiffs*
*Gilead Sciences, Inc. and Emory University*

Dated: April 18, 2017

IT IS ON THIS __18th__ day of April, 2017

**SO ORDERED.**

_____
Honorable Michael A. Shipp, U.S.D.J.